THE STATE EX REL. COOK, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Cook v. Indus. Comm.* (1998), 83 Ohio St.3d 119.]

(No. 96–2820—Submitted July 15, 1998—Decided September 16, 1998.)

———————

*William D. Snyder & Associates* and *John Lesko,* for appellant.

*Betty D. Montgomery,* Attorney General, and *William D. Haders,* Assistant Attorney General, for appellees.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

F.E. SWEENEY, J., dissents.

---

ALICE ROBIE RESNICK, J., dissenting. I would reverse the judgment of the court of appeals and grant relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, J., concurs in the foregoing dissenting opinion.